## Broch *v*. Lehigh Valley Coal Co., Appellant.

Argued April 15, 1929. Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON, KEPHART, SADLER and SCHAFFER, JJ.

*S. W. Rhoads,* with him *P. F. O'Neill, F. W. Wheaton* and *E. J. Flynn,* for appellant.

*Roger J. Dever,* for appellee.

PER CURIAM, May 13, 1929:
Claimant's husband died of pneumonia resulting from unusual exposure during the course of his employment in defendant's mine. In Jones v. Phila. & Reading Coal & Iron Co., 285 Pa. 317, 320, we held that, "Injury fol-

lowing an extraordinary exposure to wet and cold, suffered in the course of employment, may be compensable under the workmen's compensation statutes, on the same principle as a prostration resulting from heat......; so may death from pneumonia caused by an injury or unusual......exposure." The court below properly decided that the present case was ruled by that decision.

The judgment is affirmed.